IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANGKOK BANGKOK IMPORT & EXPORT INC.

    Plaintiff

V.

JAMTAN AFRICAN AMERICAN MARKET CORP.
JAMTAN TRADING INC.
AMADOU DJALLO a/k/a Amado T. Djalo

    Defendants

---

Civil Action No.:

1:16-cv-2657(CM)
(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/18

INJUNCTION

It is hereby ORDERED, ADJUDGED AND DECREED:

1. The United States District Court for the Southern District of New York has jurisdiction over the plaintiff and the defendants and over the subject matter in dispute. The defendants have been duly served and are properly before this Court.

2. As between the parties to this action, the Three Elephant trade dress shown in the Complaint and the trademark identified in U.S. Trademark 4,951,313 are the property of Bangkok Bangkok Import & Export Inc. and each identifies the plaintiff and distinguishes its jasmine rice from those of others.

3. Use of the trade dress shown in the Complaint for rice products by Defendants is likely to cause confusion of the trade and public and constitutes an infringement of U.S. Registration No. 4.951,313 and the trade dress of Bangkok Bangkok Import & Export Inc.

4. Defendants, their officers, directors, employees, agents and all those in privy with any of them including Moussa Signate are hereby perpetually restrained and enjoined from:

    a. Using any trademark or trade dress

        confusingly similar to the Plaintiff's Three Elephant trademark and trade dress, on rice bags, directly or indirectly, as a trademark or trade dress for rice products.

    b.    Representing or holding themselves out as owners or persons authorized to use the Three Elephant trade dress for rice products.

5. Defendants shall retrieve all bags of rice bearing the accused trade dress and trademark offered for sale at any retail or wholesale location and shall deliver same to Plaintiff for disposal.

6. Defendants shall cause all containers of rice bearing the accused trade dress and trademark to be turned over to Plaintiff for disposal.

7. The United States District Court for the Southern District of New York shall retain jurisdiction over the matter for the faithful performance of all of the terms herein should Plaintiff seek to enforce the terms set forth herein.

Dated: 11 January 2018
New York, NY

SO ORDERED:

Colleen McMahon, U.S.D.J.