UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BANGKOK BANGKOK IMPORT & EXPORT
INC.,

    Plaintiff,          16 **CIVIL** 2657 (CM)

  -against-            **JUDGMENT**

JAMTAN AFRICAN AMERICAN MARKET
CORP., AMADO DJALO, and JAMTAN
TRADING CORP.,
    Defendants and
    Counterclaimants,

  -against-

BANGKOK BANGKOK IMPORT & EXPORT
INC.,
    Counterclaim Defendant.
-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/24/18

  A Jury Trial before the Honorable Colleen McMahon, United States District Judge, having begun on January 8, 2018, and at the conclusion of the trial, on January 11, 2018, the jury having rendered a verdict in favor of the Plaintiff in the amount of $255,000.00, it is,

  **ORDERED, ADJUDGED AND DECREED:** That the Plaintiff have judgment in the sum of $255,000.00 as against the Defendants Amado Djalo, Jamtan African American Corp. and Jamtan Trading Corp.

**DATED:** New York, New York
     January 24, 2018

                     **RUBY J. KRAJICK**
                     Clerk of Court

So Ordered:
                BY:  _____
  _____           Deputy Clerk
  U.S.D.J.